**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 1, 2005**

**Charles R. Fulbruge III**
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 05-60080
Summary Calendar

MESBAH US SABAH,

Petitioner,

VERSUS

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

Appeal from the Board of Immigration Appeals

(A:78-135-560)

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM[*]:

Mesbah Us Sabah (Petitioner) asks this court to review the order of the Board of Immigration Appeals (BIA) entered on January 7, 2005 which dismissed Petitioner's appeal from the decision of the immigration judge dated June 4, 2003. We have carefully reviewed the briefs and relevant portions of the record. For the reasons stated by the BIA in its order dated January 7, 2005, we affirm the decision of the BIA and deny this petition for review.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PETITION DENIED.